| | |
|---|---|
| 1 UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

SANDRA L. LONG,

    Plaintiffs,

  v.

STARBUCKS CORPORATION,

    Defendants.

Case No. 18-cv-02171-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 1, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 1, 2019.

DESIGNATION OF EXPERTS: February 22, 2019; REBUTTAL: March 11, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 26, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 24, 2019;
    Opp. Due: June 7, 2019; Reply Due: June 14, 2019;
    and set for hearing no later than June 28, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 13, 2019 at 3:30 PM.

JURY TRIAL DATE: August 26, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall participate in private mediation by 12/14/18. Counsel shall inform the Court by 8/3/18, the name of the mediator selected.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 7/16/18

SUSAN ILLSTON
United States District Judge