Law Office of
W.G. WATSON, JR.
715 I Street
P.O. Box 1021
Eureka, Ca 95502
Telephone: (707) 444-3071
Fax: (707) 444-2313
E-mail: Watsonlaw@sbcglobal.net

Stephen G. Watson (SBN 112171)
Philip G. Watson (SBN 112170)

Attorneys for Plaintiff
SANDRA L. LONG

\* \* \* \* \*

Paul Caleo, CASB# 153925
Katrina R. Durek, CASB# 289461
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
Telephone:  (510) 444-6800
Facsimile:  (510) 835-6666
Email:  pcaleo@burnhambrown.com
        kdurek@burnhambrown.com

Attorneys for Defendants
STARBUCKS CORPORATION and
STARBUCKS COFFEE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. LONG, | Case No.: 18-CV-02171-SI |
| Plaintiff, | STIPULATION OF DISMISSAL; and [PROPOSED] ORDER |
| -v- | Honorable Susan Illston |
| STARBUCKS CORPORATION, | |
| Defendants. | |

Long v. Starbucks
Stipulation of Dismissal; and [Proposed] Order
Case No.: 18-CV-02171-SI

Page 1 of 2

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: 5-20-2019

LAW OFFICE OF W.G. WATSON, JR.

By: _____
Stephen G. Watson
Attorney for Plaintiff LONG

DATED: 5/21/19

LAW OFFICE OF BURNHAM BROWN

By: _____
Paul Caleo
Katrina R. Durek
Attorney for Defendants STARBUCKS CORPORATION; and STARBUCKS COFFEE COMPANY

## ORDER

IT IS SO ORDERED.

DATED: 5/21/19

_____
Honorable Susan Illston
United States District Judge